IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARIA A. ORTEGA-MARTINEZ<br><br>Defendant. | CRIMINAL NO. 07-312 (M) |

ORDER

This Magistrate Judge disqualifies himself from any further proceedings in this case. See 28 U.S.C. §455(a). The matter is referred to the Clerk's Office to be assigned to another Magistrate Judge.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of June, 2007.

s/ Marcos E. López
MARCOS E. LÓPEZ
UNITED STATES MAGISTRATE JUDGE